```
 1  LYLE D. SOLOMON, SBN 226025
    P.O. Box 1411
 2  Rocklin, CA  95677
    Telephone    (916) 532-2726
 3  Facsimile    (916) 632-8250

 4  Attorney for
    JUDI JACKSON, Plaintiff
 5

 6  BARKETT & GUMPERT
    FRANKLIN G. GUMPERT, SBN 66051
 7  2862 Arden Way #101
    Sacramento, CA  95825
 8  Telephone    (916) 481-3683
    Facsimile    (916) 481-3948
 9
    Attorneys for DEFENDANTS
10
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI JACKSON,<br><br>   Plaintiff,<br><br>vs.<br><br>PLACER COUNTY, a political subdivision of the State of California; PLACER COUNTY ANIMAL CONTROL; RICHARD WARD, an individual; ROBERT CARTER, an individual; RICHARD STOUT, an individual; KEN GENTILE, an individual and, EVELYN GARRETT, an individual.<br><br>   Defendants<br>_____ | No.:   CIV.S-05-0079 FCD KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE AMENDED COMPLAINT AND DEFENDANTS TO FILE RESPONSE ACCORDING TO ORDER AND MEMORANDUM ON DEFENDANTS' MOTION TO DISMISS** |

1

**RECITALS**

**WHEREAS**: According to the court's ruling on Defendants' Motion to Dismiss the court granted plaintiff leave to amend her complaint;

**WHEREAS**: The parties and their counsel have met, conferred, agreed to submit this matter to the Voluntary Dispute Resolution Program and in fact have scheduled this matter for a session in accordance with the Voluntary Dispute Resolution Program to begin on June 21, 2005;

**THEREFORE**, the parties and their respective attorneys of record do stipulate, agree and request that the court order that the time for plaintiff to file her amended complaint in accordance with the court's ruling on Defendants' Motion to Dismiss dated May 27, 2005, be extended to 20 days after the above referenced Voluntary Dispute Resolution session is held on June 21, 2005, the parties and their respective attorneys of record do stipulate, agree and request that the court order that the time for defendants response, to said amended complaint, to be filed be extended to 30 days after service of the amended complaint.

**LYLE D. SOLOMON**

Dated: June 15, 2005    By: /s/  Lyle D. Solomon
                            Lyle D. Solomon
                            Attorney for Plaintiff

**BARKETT & GUMPERT**

Dated: June 15, 2005    By: /s/  Franklin G. Gumpert
                            Franklin G. Gumpert
                            Attorney for Defendants

**IT IS SO ORDERED**

Dated: June 16, 2005    /s/ Frank C. Damrell Jr.
                        Judge of the District Court

Jackson v. Placer County, et al., Stipulation to Continue Dates for Pleadings