| | |
|---|---|
| 1 | LYLE D. SOLOMON, SBN 226025 |
| 2 | P.O. Box 1411<br>Rocklin, CA 95677 |
| 3 | Telephone (916) 532-2726<br>Facsimile (916) 632-8250 |
| 4 | Attorney for |
| 5 | JUDI JACKSON, Plaintiff |
| 6 | **BARKETT & GUMPERT** |
| 7 | FRANKLIN G. GUMPERT, SBN 66051<br>2862 Arden Way #101 |
| 8 | Sacramento, CA 95825<br>Telephone (916) 481-3683 |
| 9 | Facsimile (916) 481-3948 |
| 10 | Attorneys for DEFENDANTS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDI JACKSON, | ) | No.: CIV.S-05-0079 FCD KJM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF JUDI JACKSON TO PAY FEES TO DEFENDANT PLACER COUNTY PURSUANT TO CALIFORNIA PENAL CODE SECTION 597.1** |
| PLACER COUNTY, a political subdivision of the State of California; PLACER COUNTY ANIMAL CONTROL; RICHARD WARD, an individual; ROBERT CARTER, an individual; RICHARD STOUT, an individual; KEN GENTILE, an individual and, EVELYN GARRETT, an individual. | ) | |
| Defendants | ) | |

1

**RECITALS**

**WHEREAS**: After an administrative hearing held on April 5, 2005 relating to fees owed the defendants in the present action by the plaintiff in the present action for the care of plaintiff's horses which are the subject this present action, on May 17, 2005 John Ross, Commissioner, Placer County Superior Court ruled and ordered, "To obtain the release of any individual horse, Ms. Spencer (now Jackson) need only pay the amount set forth in Schedule A for that specific horse." ;

**WHEREAS**: In accordance with California Penal Code section 597.1 County of Placer Department of Health and Human Services wrote and mailed a letter to plaintiff Judi Jackson dated June 1, 2005.  Said letter stated, "Enclosed is an invoice in the total amount of **$54,247.00**. Pursuant to Penal code section 597.1 you have 14 days to pay the amount of the lien as to each horse as set forth in the attached order."

**WHEREAS:**  The parties and their counsel have met, conferred, agreed to submit this matter to the Voluntary Dispute Resolution Program and in fact have scheduled this matter for a session in accordance with the Voluntary Dispute Resolution Program to begin on June 21, 2005;

**WHEREAS:**  The parties and their counsel intend to attempt to resolve all issues related to the payment of any and all liens under California Penal Code section 597.1, all issues related to the return or compensation of plaintiff's horses through the court's Voluntary Dispute Resolution Program, scheduled to begin on June 21, 2005;

**THEREFORE**, the parties and their respective attorneys of record do stipulate, agree and request that the time for plaintiff to pay fees and or liens owed to defendant Placer County and to redeem horses under California Penal Code § 597.1 be extended so that said time will now expire on July 8, 2005. For the purposes of this stipulation it is understood that the horses at issue currently fall into four categories of care status: Placer County Animal Shelter, Foster Family Care, Boarded Care, and Other.  Plaintiff will voluntarily forbear from redeeming any horses in Foster Care, Boarded Care, and Other, from June 14, 2005 through and until June 22, 2005 unless a different agreement is reached in writing.

Jackson v. Placer County, et al., Stipulation to Continue Dates for Pleadings

**LYLE D. SOLOMON**

Dated: June 15, 2005                    By: /s/   Lyle D. Solomon

                                                Lyle D. Solomon
                                                Attorney for Plaintiff

**BARKETT & GUMPERT**

Dated: June 15, 2005                    By: /s/   Franklin G. Gumpert

                                                Franklin G. Gumpert
                                                Attorney for Defendants

**IT IS SO ORDERED**

Dated: June 16, 2005                    /s/ Frank C. Damrell Jr.

                                                Judge of the District Court

Jackson v. Placer County, et al., Stipulation to Continue Dates for Pleadings