1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JUDI JACKSON,

      Plaintiff,

   v.

PLACER COUNTY, et al.,

      Defendants.

NO. CIV. S-05-0079 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Defendants' Motion to Exclude is continued to December 15, 2006 at 10:00 a.m.  Plaintiff shall file and serve her opposition brief or notice of non-opposition no later than December 1, 2006.  The Defendants' may file and serve a reply on or before December 8, 2006.

    2.  Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

3. Plaintiff's counsel shall file his response to the order to show cause on or before December 1, 2006.

4. A hearing on the order to show cause will follow the hearing on the Motion to Exclude.

IT IS SO ORDERED.

DATED: November 20, 2006.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2