IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUDI JACKSON,

    Plaintiff,                   No. CIV-S-05-0079 FCD KJM

    vs.

PLACER COUNTY, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Defendants' motion to compel answers to questions posed during the deposition of third party Greg Beyer, noticed by subpoena duces tecum, came on specially for telephonic hearing on January 18, 2007. James S. Richards appeared for plaintiff; Franklin G. Gumpert appeared for defendants. Upon discussion with counsel, hearing their arguments, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        The motion to compel is granted. Mr. Beyer shall answer all questions posed by Mr. Gumpert regarding communications made or transmitted during meetings that have included Mr. Beyer, plaintiff and third party investors, as well as communications made or transmitted between or among Mr. Beyer and third party investors. Mr. Beyer shall produce to defendants

1

1  documents requested through the subpoena duces tecum that qualify as communications with
2  third party investors, whether or not also addressed or copied to plaintiff.  If Mr. Beyer or his
3  counsel believe in good faith that any of the foregoing questions or document requests are
4  properly objected to on grounds of attorney-client privilege, they may preserve an objection by
5  making it a matter of record; no objection, however, shall be relied on Mr. Beyer as grounds for
6  refusal to answer the questions or produce the documents.

7  DATED:  January 18, 2007.

_____
U.S. MAGISTRATE JUDGE

10  jackson.mtc