```
 1  FRANKLIN G. GUMPERT #66051
    BARKETT & GUMPERT
 2  Attorneys at Law
    2862 Arden Way, Suite 101
 3  Sacramento, California  95825
    Telephone:  (916) 481-3683
 4  Facsimile:  (916) 481-3948

 5  Attorneys for Defendants
    COUNTY OF PLACER, RICHARD WARD,
 6  RICHARD STOUT, BRAD BANNER and EVELYN GARRETT

 7
```

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI JACKSON, | No. CIV.S-05-79 FCD KJM |
| Plaintiff, | ORDER TO ALLOW PAGE LIMIT INCREASE ON ALL BRIEFING FOR SUMMARY JUDGMENT |
| vs. | |
| PLACER COUNTY, a political subdivision of the State of California; PLACER COUNTY ANIMAL CONTROL; RICHARD WARD, an individual; ROBERT CARTER, an individual; RICHARD STOUT, an individual; KEN GENTILE, an individual; EVELYN GARRETT, an individual, | DATE:  March 16, 2007<br>TIME:  10:00 a.m.<br>CTRM:  2<br>TRIAL: July 31, 2007<br><br>"AS MODIFIED" |
| Defendants. | |

On timely application by counsel for Defendants COUNTY OF PLACER, RICHARD WARD, RICHARD STOUT, BRAD BANNER and EVELYN GARRETT, and good cause appearing therefor,

IT IS HEREBY ORDERED that the request for authorization to file Memorandum of Points and Authorities in support of Motions for Summary Judgment and/or Partial Summary Judgment be GRANTED.

Defendants shall be allowed to file their Opening Brief of no greater than 30 pages in length and counsel is directed to

1  provide a courtesy copy to chambers.
2      In light of the page limit increase for defendants' opening
3  brief, plaintiff's opposition may be no greater than 30 pages in
4  length and counsel is directed to provide chambers with a courtesy
5  copy. Any reply, shall be in no greater length than 10 pages.
6      **IT IS SO ORDERED.**
7  DATED: January 24, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

i