1 **JAMES S. RICHARDS, SBN 51410**
Phone (916) 920-7976
2 **JOHN R. DUREE, JR., SBN 65684**
428 J Street, #352
3 Sacramento, CA 95814
Phone (916) 441-0562.
4
Attorneys for Plaintiff
5 JUDI JACKSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUDI JACKSON,** | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **Case No: 2:05-CV-00079 FCD KJM** |
| **PLACER COUNTY,** a political subdivision of the State of California; PLACER COUNTY ANIMAL CONTROL; RICHARD WARD, an individual; RICHARD STOUT, an individual; EVELYN GARRETT, an individual. | ) **STIPULATION AND ORDER** |
| Defendants. | ) |

Plaintiff, through her undersigned counsel, and the defendant, through its undersigned counsel, hereby agree and stipulate that the Plaintiff's and Defendant's Motion for Summary Judgment, which is currently scheduled for April 20, 2007 at 10:00 a.m. should be continued to April 27, 2007 at 10:00 a.m.

Dated: March 29, 2007      /s/ James Richards
                           JAMES S. RICHARDS
                           Attorney for Plaintiff
                           JUDI JACKSON

Dated: March 29, 2007      /s/ Franklin G. Gumpert
                           FRANKLIN G. GUMPERT # 66051
                           Attorney for Defendants
                           COUNTY OF PLACER, PLACER ANIMAL
                           CONTROL, RICHARD WARD, RICHARD

STOUT, and EVELYN GARRETT

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's and Defendant's Motion for Summary Judgment currently scheduled for April 20, 2007, at 10:00 a.m. be continued until April 27, 2007, at 10:00 a.m.

Dated: March 30, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE