**JAMES S. RICHARDS, SBN 51410**
Phone  (916) 920-7976
**JOHN R. DUREE, JR., SBN 65684**
428 J Street, #352
Sacramento, CA  95814
Phone  (916) 441-0562.

Attorneys for Plaintiff
JUDI JACKSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUDI JACKSON,** | Case No: 2:05-cv-00079 FCD KJM |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE PRE TRIAL AND TRIAL DATES** |
| vs. | |
| **PLACER COUNTY,** a political subdivision of the State of California; PLACER COUNTY ANIMAL CONTROL; RICHARD WARD, an individual; RICHARD STOUT, an individual; EVELYN GARRETT, an individual. | |
| Defendants. | |

Plaintiff, through her undersigned counsel, and the defendant, through its undersigned counsel, hereby agree and stipulate to vacate the current trial dates and set the matter for a joint status conference on January 18, 2008 at 10:00 a.m, with the joint conference report due on January 11, 2008.

Dated: October 25, 2007       /s/ James Richards
                              JAMES S. RICHARDS
                              Attorney for Plaintiff
                              JUDI JACKSON

Dated: October 25, 2007       /s/ Franklin G. Gumpert
                              FRANKLIN G. GUMPERT # 66051
                              Attorney for Defendants
                              COUNTY OF PLACER, PLACER ANIMAL CONTROL, RICHARD WARD, RICHARD STOUT, and EVELYN GARRETT

## **ORDER**

IT IS HEREBY ORDERED that the final pretrial conference set for November 2, 2007 is VACATED to allow the parties to pursue private mediation. The matter is set for a joint status conference on January 18, 2008 at 10:00 a.m. A joint status report shall be filed on or before January 11, 2008.

Dated: October 26, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE