JOSEPH E. MALONEY, SBN 95458
Attorney at Law
1155 High Street
Auburn, California 95603
Telephone: (530) 885-7787

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDI JACKSON, | 2:05-cv-00079-FCD-KJM |
| Plaintiff, | |
| v. | ORDER FOR SUBSTITUTION OF ATTORNEYS FOR PLAINTIFF |
| EVELYN GARRETT, et al, | |
| Defendants. | |

Plaintiff, Judi Jackson, hereby substitutes Joseph E. Maloney as counsel in place of her prior counsel James Stewart Richards, Lyle D. Solomon, and John R. Duree, Jr.

Dated: 2/8/08

    scan attached
JUDI JACKSON
Plaintiff

I consent to this substitution.

Dated: 2/8/08

  /s/ James Steward Richards
JAMES STEWART RICHARDS
Attorney for Plaintiff

Dated: 2/8/08

                /s/Lyle D. Solomon
                LYLE D. SOLOMON
                Attorney for Plaintiff

Dated: 2/11/08

                /s/John R. Duree, Jr.
                JOHN R. DUREE, JR.
                Attorney for Plaintiff

I accept this substitution.

Dated: 2/11/08

                /s/ Joseph E. Maloney
                JOSEPH E. MALONEY
                Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.

Dated: February 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE