1  **FRANKLIN G. GUMPERT #66051**
   **BARKETT & GUMPERT**
2  **Attorneys at Law**
   2862 Arden Way, Suite 101
3  Sacramento, California  95825
   Telephone:  (916) 481-3683
4  Facsimile:  (916) 481-3948

5  Attorneys for Defendants
   COUNTY OF PLACER, BRAD BANNER, RICHARD
6  WARD, RICHARD STOUT and EVELYN GARRETT

7

8              IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 JUDI JACKSON,                    No. 2:05-CV-0079 FCD KJM

12         Plaintiff,               STIPULATION BY PARTIES TO
                                    CONTINUE FINAL PRE-TRIAL
13 vs.                              CONFERENCE
                                    AND
14 PLACER COUNTY, et al.            ORDER

15         Defendants.              DATE: (Old) May 2, 2008
   _____/              (New) June 20, 2008
16                                  TIME: 2:00 p.m.
                                    CTRM: 2
17

18         Counsel for Plaintiff JUDI JACKSON and for Defendants

19 COUNTY OF PLACER, RICHARD WARD, RICHARD STOUT and EVELYN GARRETT

20 hereby stipulate and agree that the Final Pre-Trial Conference

21 currently scheduled for May 2, 2008 at 2:00 p.m., be continued to

22 June 20, 2008 at 2:00 p.m. in order to allow the parties to

23 participate in a Settlement Conference with Magistrate Mueller on

24 May 8, 2008 at 1:30 p.m. in Courtroom 26.

25 DATED: April 21, 2008

26                         By:  /s/Joseph E. Maloney
                                JOSEPH E. MALONEY, #95458
27                              Attorney for Plaintiff
                                JUDI JACKSON
28

                              1
STIPULATION TO CONTINUE FINAL PRE-TRIAL CONFERENCE

```
1  DATED: April 21, 2008          BARKETT & GUMPERT
                                   Attorneys at Law
2
3                                  By:  /s/Franklin G. Gumpert
                                   FRANKLIN G. GUMPERT, #66051
4                                  Attorneys for Defendants
                                   COUNTY OF PLACER, RICHARD WARD,
5                                  RICHARD STOUT and EVELYN GARRETT
```

**O R D E R**

The parties having stipulated and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED a further Settlement Conference is set before Magistrate Mueller on May 8, 2008 at 1:30 p.m. in Courtroom 26. In light of this conference the Final Pre-Trial Conference is continued to June 20, 2008 at 2:00 p.m.

DATED: April 21, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2
STIPULATION TO CONTINUE FINAL PRE-TRIAL CONFERENCE