1   **FRANKLIN G. GUMPERT, #66051**
   **BARKETT & GUMPERT**
2   **Attorneys at Law**
   3400 Cottage Way, Suite Q
3   Sacramento, California  95825
   Telephone:  (916) 481-3683
4   Facsimile:  (916) 481-3948

5   Attorneys for Defendants COUNTY OF PLACER
   (also sued as PLACER COUNTY ANIMAL CONTROL),
6   RICHARD WARD, RICHARD STOUT, EVELYN GARRETT
   and BRAD BANNER

7

8

9             IN THE UNITED STATES DISTRICT COURT

10        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   JUDI JACKSON,               No. CIV.S-05-0079 FCD KJM

13       Plaintiff,        STIPULATION AND ORDER FOR
                      DISMISSAL OF INDIVIDUAL
14   vs.                   DEFENDANTS

15   PLACER COUNTY, et al.,

16       Defendants.
   ————————————————————————/
17

18   TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

19       IT IS HEREBY STIPULATED between the parties, Plaintiff

20   JUDI SPENCER JACKSON and Defendants COUNTY OF PLACER, BRAD BANNER,

21   EVELYN GARRETT, RICHARD STOUT and RICHARD WARD, that Defendants

22   BRAD BANNER, EVELYN GARRETT, RICHARD STOUT and RICHARD WARD shall

23   be dismissed as party Defendants, with prejudice.

24   DATED: July 22, 2008        LAW OFFICE OF JOSEPH E. MALONEY

25

26               By:  _/s/ Joseph E. Maloney_____
                   JOSEPH E. MALONEY, #95458
27                    Attorneys for Plaintiff
                   JUDI SPENCER JACKSON
28

1

DATED:  July 22, 2008          BARKETT & GUMPERT
2                              Attorneys at Law

3
                         By:   /s/ Franklin G. Gumpert
4                              FRANKLIN G. GUMPERT, # 66051
                               Attorneys for Defendants COUNTY OF
5                              PLACER (also sued as PLACER COUNTY
                               ANIMAL   CONTROL),   RICHARD   WARD,
6                              RICHARD STOUT, EVELYN GARRETT and
                               BRAD BANNER
7

8

9                                     **ORDER**

10          The parties having stipulated and good cause appearing

11   therefor, IT IS SO ORDERED.

12   DATED: July 22, 2008

13

14                             _____
                               FRANK C. DAMRELL, JR.
15                             UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28