1  **FRANKLIN G. GUMPERT, #66051**
   **BARKETT & GUMPERT**
2  **Attorneys at Law**
   3400 Cottage Way, Suite Q
3  Sacramento, California  95825
   Telephone:  (916) 481-3683
4  Facsimile:  (916) 481-3948

5  Attorneys for Defendants COUNTY OF PLACER

6

7              IN THE UNITED STATES DISTRICT COURT

8        IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  JUDI JACKSON,                      No. CIV.S-05-0079 FCD KJM

11        Plaintiff,                   STIPULATION AND ORDER FOR
                                       DISMISSAL   OF   DEFENDANT
12  vs.                                COUNTY OF PLACER

13  PLACER COUNTY, et al.,

14        Defendants.
    _____/

15

16  TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

17        IT IS HEREBY STIPULATED between the parties, Plaintiff

18  JUDI SPENCER JACKSON and Defendant COUNTY OF PLACER, that Defendant

19  COUNTY OF PLACER shall be dismissed, with prejudice.

20  DATED: July 22, 2008          LAW OFFICE OF JOSEPH E. MALONEY

21

22                        By:  /s/ Joseph E. Maloney
                               JOSEPH E. MALONEY, #95458
23                             Attorneys for Plaintiff
                               JUDI SPENCER JACKSON
24
    DATED:  July 22, 2008        BARKETT & GUMPERT
25                               Attorneys at Law

26

27                        By:  /s/ Franklin G. Gumpert
                               FRANKLIN G. GUMPERT, # 66051
                               Attorneys for Defendants COUNTY OF
28                             PLACER

**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT COUNTY OF PLACER       1**

1

**<u>ORDER</u>**

2

The parties having stipulated and good cause appearing

3

therefor, IT IS SO ORDERED.

4

DATED: July 22, 2008

5

6

_____

FRANK C. DAMRELL, JR.

7

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28