IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVERY HERRING III,<br><br>       Plaintiff,<br><br>vs.<br><br>MIKE CLARK, et al.,<br><br>       Defendants. | CASE NO. 05-cv-0079 LJO SMS<br><br>STATUS REPORT REGARDING<br>SETTLEMENT CONFERENCE |

A settlement conference was held in the above matter on March 27, 2009, before the undersigned Magistrate Judge at California State Prison Sacramento. This case did not settle at the time of conference, nor during the ensuing 60 day period extended to the parties to reopen mediation.

Therefore, the reference to the unsigned has expired and this case is removed from the Prison Mediation Program for the Eastern District of California.

IT IS SO ORDERED.

DATED: May 21, 2009

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE